**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7176**

RAYMOND EDWARD CHESTNUT,

             Plaintiff - Appellant,

        v.

TONI MCCOY, correctional officer, individual capacity,

             Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Aiken.  R. Bryan Harwell, District Judge, and
Shiva Vafai Hodges, Magistrate Judge.  (1:13-cv-01814-RBH-SVH)

Submitted:  February 27, 2014          Decided:  March 4, 2014

Before NIEMEYER, KING, and AGEE, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Raymond Edward Chestnut, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Edward Chestnut seeks to appeal the district court's order affirming the magistrate judge's order denying his first motion for appointment of counsel and the magistrate judge's order denying his second motion for appointment of counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The orders Chestnut seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED